AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00081 |
| Cody Page Carter Connell | ) Assigned To : Faruqui, Zia M. |
| Daniel Page Adams | ) Assign. Date : 1/15/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111 | Assaulting a Federal Officer |
| 18 U.S.C. 231(a)(3) | Obstructing Law Enforcement Engaged In Official Duties Incident to Civil Disorder |
| 18 U.S.C. 1752(a)(1)&(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D)(E)&(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Sahadi, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/15/2020__

2021.01.15 23:34:23 -05'00'
Judge's signature

City and state: __Washington, DC__      Magistrate Judge Zia M. Faruqui
Printed name and title