AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
| Daniel Page Adams | ) Case No. CR 21-84-2 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Daniel Page Adams,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 111 – Assaulting a Federal Officer
18 U.S.C. 231(a)(3) – Obstructing Law Enforcement Engaged In Official Duties Incident to Civil Disorder
18 U.S.C. 1752(a)(1)&(2) – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. 5104(e)(2)(D)(E)&(G) – Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/15/2021

2021.01.15 23:31:11 -05'00'

*Issuing officer's signature*

City and state: Washington, DC    ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/15/2021, and the person was arrested on (date) 1/16/2021
at (city and state) Goodrich, Texas.

Date: 1/20/2021

*Arresting officer's signature*

Special Agent Jeffrey Anderson
*Printed name and title*