# DANIEL P. ADAMS

5126 Parkcrest Dr LaPorte Tx. 77571 ⬥ Mobile: 281.935.9019 ⬥daniel.adams77@yahoo.com

## QUALITY ASSURANCE / QUALITY CONTROL SPECIALIST

My primary background is pipe welding and fabrication. I have well over fifteen years of field experience with over eight years of third-party QA/QC work. Most importantly I bring to the table good work ethic, and common sense.

### CERTIFICATIONS / QUALIFICATIONS / SKILLS / TRAINING

**CWI # 13020961     API 1169 # 71509**
**API 510 # 79337     API 570 # 83247**

Rope Access Technician LEVEL 1 SPRAT cert # 110240
Water Survival/HUET/MET API RP T-4, T-7 Evaluator # 050118
Excavation, Trenching, and Soil Mechanics OSHA # 3015
Well versed in reading P&IDs and ISO drawings
Mark Smith Training Services Wann Ok.
REAL Education Houston Tx.

*"Integrity is doing the right thing even when no one is watching"*

## PROFESSIONAL EXPERIENCE

**Onshore & Offshore**                                              **May 2014 – 2019**
**Quality control specialists, LLC**
**Mechanical QC / QA**
**Client Rep for ONEOK, Inc.**
*ONEOK MB2/3/4/5 Fractionator*
*Mont Belvieu, TX. 77523*

- ➢ I served as the mechanical QA representative for ONEOK on the MB3 through MB5 projects in Mont Belvieu, Texas.
- ➢ Assisted Burns & McDonnell field engineers in responding to RFIs related to quality issues.
- ➢ Conducted thorough inspections and witnessed hydrostatic testing on all piping systems.
- ➢ Inspected all pressure vessels and signed off on all the final closures.
- ➢ Participated in weekly quality meetings with subcontract QA/QC personnel.
- ➢ Ensured that all turnover books were complete and included all the required documents for final acceptance.
- ➢ Walked turnover packages with P&IDs and ISO drawings to insure all work was completed and in accordance with ONEOK specs.

# DANIEL P. ADAMS

5126 Parkcrest Dr LaPorte Tx. 77571 ⬥ Mobile: 281.935.9019 ⬥daniel.adams77@yahoo.com

**Bilfinger Tepsco**                                                                 **July 2013 – May 2014**
 Lead QA/QC  Inspector
*Deer Park TX.*
*Various Projects in fab shop and Magellan East Houston*

- Help develop a quality assurance and control program and monitored its execution.
- Conducted welder testing for numerus clients.
- Inspected the accomplished work to ensure that it was in accordance with the client's specifications.
- Managed all non-destructive testing procedures and scheduled all subcontractor activities.
- Hand drafted isometric blueprints "from orthographic drawings" for the prefabrication, planning, weld tracking, and document control purposes.
- Constructed and maintained current weld logs for numerous projects.
- Preformed "jeeping" for holidays to insure coatings conform to all DOT standards.
- Preformed and documented hydrostatic testing on above and below ground piping, and insured it was in concurrence with DOT specifications.
- Analyzed and resolved work problems, and assisted management in solving technical problems.

**Turner Industries Group LLC**                                                **Intermittently from**
 Welder / QA/QC  Inspector                                                        **2004 – 2013**
*Baton Rouge, LA*
*Various Projects Throughout the US and Shell Deer Park TX.*

- Welded pipe and heater tubes.
- Made repairs on vessels and boilers. Welded boiler tubes.
- Worked with the Specialized Services sector of the company (SWS).
- Broke-out as a QC on turnarounds and code work.
- Walked packages and performed hydros.

Happy to provide references upon request.