

MOTEL 6 - TROUTVILLE
2619 Lee Highway
Troutville, VA, 24175
5409926700
m68605bo@6franchise.com
www.motel6.com

**Date : Jan 06, 2021 08:30:38 PM**
**Conf No : 8605AED617**
**Room # : 340**

# Receipt

Purchase Details

| | Approved | Total |
|---|---|---|
| **VISA CREDIT**<br>xxxxxxxxxxxx5473<br>**Chip Read** | **665647** | **$62.88** |

**Additional Details**
Mode: Issuer
Transaction Type: Sale
Terminal ID: 2540059003

**Transactional Details**
  Folio No          8605AED618

**EMV Tags**
AID   A0000000031010
TVR   8000008000
IAD   06010A03A02000
TSI   6800
ARC   00

I agree to pay above total amount according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records.

**Cardholder Signature**

**MERCHANT COPY / CUSTOMER COPY**