## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *   Case No.: 1:21-cr-0084-PLF-2 |
| | * |
| **DANIEL P. ADAMS** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of pretrial release are amended in the following way:

- The Defendant may travel further than 150 miles from his home, provided that Pretrial Services is notified in advance, furnished with a detailed itinerary and gives their approval. Mr. Adams shall check in with Pretrial Services daily during any period he is away from his home.

In all other respects, Defendant's conditions of Pretrial Release remain the same.

Date:   August 2, 2021

_____
PAUL L. FRIEDMAN
U.S. District Judge