UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PAGE ADAMS, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0084 (PLF) |

ORDER

Upon careful consideration of defendant Daniel Page Adams' Motion to Modify Conditions of Release [Dkt. No. 74] and the government's Opposition to Defendant's Motion to Modify Conditions of Release [Dkt. No. 75], the Court hereby DENIES Mr. Adams' motion substantially for the reasons set forth in the government's Opposition at pages 4-5. Accordingly, it is hereby

ORDERED that Mr. Adams' Motion to Modify Conditions of Release [Dkt. No. 74] is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3/29/23