IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-cr-84-PLF |
| CODY PAGE CARTER CONNELL & DANIEL PAGE ADAMS, | : |
| Defendants. | : |

### AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendants, Cody Page Carter Connell and Daniel Page Adams, by and through counsel, hereby acknowledge that they will be waiving the following rights by proceedings with a Stipulated Trial.

1. The constitutional right to trial by jury. At trial, the government would have to present evidence to prove each defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on behalf of the defendants.

3. The right to counsel to assist the defendants at trial.

4. The right to testify if either defendant chose to do so. However, if ether defendant chose not to testify, the Court would instruct the jury that the decision not to testify could not be used against him.

5. At a jury trial, the defendants could not be convicted unless all twelve jurors agreed that the government had proved each of the defendants guilty beyond a reasonable doubt.

6. If either defendant is not a citizen of the United States, his conviction could result in deportation or have other immigration consequences.

1

If the Court grants leave to proceed with a Stipulated Trial, the defendants will give up these rights. The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect the defendants' right to appeal the Court's denial of their motion to dismiss Count 2 of the current indictment, which charges a violation of 18 U.S.C. § 1512(c)(2). The Court will consider the Stipulation of Facts and if it believes that the Government has proven guilt beyond a reasonable doubt, the Court will find each defendant guilty. Signing this document means that each defendant wishes to proceed with a Stipulated Trial and give up those rights.

_____
DANIEL PAGE ADAMS
Defendant

_____
GARY PROCTOR
Attorney for Defendant
Daniel Adams

DATED: July 28, 2023

_____
CODY PAGE CARTER CONNELL
Defendant

_____
NED SMOCK
Attorney for Defendant
Cody Connell

Dated: July 28, 2023

2