## Index of Sentencing Letters

### FAMILY

1. Tonya Adams

2. Cameron Adams

3. Patricia Harrison

4. Gordon and LaVonne Smith

5. Hunter Cullum

6. Daltin Adams

7. Sammy Connell-Bynog

8. Michelle and Mark Evans

9. Laura Manchester

10. Donna Smith

11. Katie Wells

12. Christina Weeks

13. Monica Smith

### FRIENDS & NEIGHBORS

14. Board of the Holiday Lake Estates

15. Sharon R. Johnson

16. Patricia Swaby

17. Mr. and Mrs. Darryl Mattern

18. Amber Leone

19. Wesley Lulue

20. Sarah Lulue

21. Neal and Shirley Hood

22. Gregory Shaffer

23. Selena Baker

24. Dereck and Allison Madlock

25. Brandi Williford

## WORK COLLEAGUES

26. John Kuhn

27. Clifton Yancey

28. Jessie Taylor

29. Stephanie Thompson

30. David Estridge

# FAMILY

To: Judge Paul Friedman

From: Tonya Adams

Re: Character letter for Daniel Adams

Your Honor,

Understandably, this is a difficult letter for me to write as the wife of Daniel Adams. Not only because it is hard to put on paper the character of the man I love, but also because of how this case is affecting our entire family.

I met Daniel during the summer of 2006, and I knew right away that our paths crossed for a reason. We were meant to be together from that moment forward. We married in March of 2008, and since then have been through several momentous events. We found out we were expecting a baby right away, she would be 5th child in our blended family. Later that year we lost our home and almost everything we owned during Hurricane Ike. At that time, Daniel was a hero to not only me, but several members of our extended families, and many friends. He always steps up and helps anyone, but more so during hurricanes or flooding. We have also been through several custody battles and eventually we gained custody of his 2 sons. I cannot imagine going through any of that without Daniel by my side. We lift each other up and stand by one another always.

I always say that Daniel is loyal to a fault when it comes to his work. He arrives early and will stay late as needed. He was a welder for many years during our marriage and in 2013 he achieved his Certified Welding Inspector certificate and began working as a CWI right away. Since earning his CWI, he has continued to gain more certifications for work, his API 510, 570 and 1169. Then after being released on pretrial release by Your Honor on April 9, 2021, he earned his Nace 1 paint inspection certificate. He had to get his Nace, because his work was greatly impacted by his arrest and charges related to this case. Before his arrest, Daniel worked in refineries and chemical plants, and after he could not because he lost his TWIC card. That didn't stop him from doing whatever it took to provide for his family.

Daniel has been such a wonderful husband and father, more than anything a woman could ever ask for. He is a self-made man who overcame a difficult childhood to provide a better life for his children. He was the man who stepped up to be a father to my son, Hunter, who was 4 years old when we met.

Our lives have already been affected and changed in so many ways since his arrest on January 16, 2021. And I know that if he could go back and change his decision to go to DC he would have just stayed at home. If he had known how this would affect me and our daughter, the only child left living at home, he would take it all back. Daniel has been an avid hunter and fisherman for his entire life, and he can no longer hunt. His work has completely had to change because of his charges and now his felony convictions. He now must travel for his job and has been away from home for months at a time, and that is a punishment to us all already. Daniel and I love to travel, and since his arrest we have not been able to vacation. The hardest part for him is worrying about us if he is sentenced to any prison time with this being such a critical time in our daughter's life, her fifteenth birthday is the day after the sentencing hearing.

1

Thank you for taking the time to read this letter about my husband. All that I can ask of you, Your Honor, is to please have leniency on his punishment and protect me and my daughter from suffering more than we already have.

Kind regards,

Tonya Adams

To whom it may concern,

Daniel Adams is my dad. But not only is he my dad, he is my best friend. My dad has always been there for me, no matter what. He is genuinely the most amazing person. He reminds me how perfect I am and how much he loves me every single day. He makes me breakfast; he takes me to get ice cream when he can tell I had a bad day at school. He makes me feel safe. I always feel safe when I am with him. I am 14 years old; I will turn 15 the day after the sentencing hearing on November 29th, and I have been a "Daddy's girl" for as long as I can remember. He has always been the most perfect role model for me. He has always treated me like a princess. My dad has never made me feel anything less than perfect. This whole situation has taken so much away from us, not only was I without my dad for 3 months, but even now, he's had to spend a lot of time away for work. My dad has always been the most hard-working person I have ever met.

I love my dad more than anything. I am hoping and praying that my parents come home from D.C. and give me good news on my 15th birthday.

Sincerely,

Cameron Faye Adams



To whom it may concern,

There are times in our lives when we make bad choices. Some we make can be life changing. This event that took place have affected countless lives. Daniel's life and the people that know and love him are affected as well. It's difficult to let others measure the degree of punishment for our mistakes. We all have mistakes in our lives. I believe there is good in everyone's heart and Daniel's heart is good and true. I pray for leniency in this case and pray that my only son is not sentenced to prison. Daniel is hardworking, loyal, honest, spiritual, and a true blessing to all who meet him.


Thank you,

Patricia Harrison

3

To whom it may concern:

We have known Daniel Adams for 17 years. He is married to our oldest granddaughter. Since they were married, Daniel has become one of our family. He is always participating in family functions and activities. Daniel is loved by all our family. He's a God fearing, respectable, family-oriented man. Daniel spends all the time that he can with his immediate family, often driving in from out-of-town jobs to attend school activities for his children. He was a baseball coach for his sons for several years. Daniel is a hard-working man who has always financially provided well for his family. He has excellent work ethics. In conversations with Daniel, we have learned that he is very conscientious with job and safety rules for work. He has attended several extra educational opportunities to increase his knowledge for his work. Daniel is a good husband, and good father, a good man.

Thank you,

Gordon & LaVonne Smith

4

To whom it may concern,

Daniel Adams, there's a lot I could say about him and not a single word would be bad. He and my mom met when I was 3 years old and had no father figure and no guidance from a male role model. All I can remember from being that young is from the first time he met me he loved me and treated me like his own son. He didn't have any responsibility to raise me yet, he chose to guide me and coach all my sports teams, teach me right from wrong, how to hunt, fish, drive, drive a boat, tractor, he taught me everything I know about any kind of work I do, he taught me how to respect people, he showed me how a man is supposed to treat your mom, taught me how to treat a woman and helped me get ready for my first date, taught me how to tie a tie. And the most important thing he's taught me that I will take with me forever is how a father is supposed to love and take care of his children. He has always worked extremely hard to provide for my mom, sister, and our family, and that wouldn't stop him from giving the shirt on his back to someone in need. This man really is one of the most amazing, selfless individuals I have ever met, and he is my family's lifeline. I just ask that you all see what I see in him.

Respectfully,

Hunter Cullum

5

Daltin Adams

███████████

████████████████

To whom it may concern,

My name is Daltin Adams and I am the oldest son of Daniel Adams, I am writing a Character Letter to speak to the court on who my father is to me. Daniel Adams has always been a role model to me and even the people around him, growing up he was always active in the community from coaching little league baseball to community fundraising.

Daniel Adams has always been honest and trustworthy, he's always went above and beyond for the people he loves.

I have worked with Daniel Adams on multiple jobs, he's someone you can go to learn anything from. He is respected by the people we've worked with.

I am aware of the charges Daniel Adams is facing and the consequences of his actions, I can't apologize for my fathers actions but I beg leniency on his sentencing



Dear Sir/Madam or to whom it may concern,

First, I want to say thank you for taking the time to read this letter and weigh the consideration for whom it is written. Second, I have prayed for the reader of these words as I know you will be fair in the decision and consideration you will have over this letter. It will be a daunting task when deciding the future of this young man. Third, I believe in the people of our judicial system. I believe they are good and rule fairly in most cases, especially the hard ones such as this.

Daniel Adams is one of the most loyal and kind people you will ever have the pleasure of knowing. He is a faithful and loving husband and devoted father to his children. He loves the Lord, his family and his country. He works hard to provide for his family and makes every effort to be completely involved in his children and grandchildren's lives. He has taught his boys how to work with their hands, build things, cook, hunt the land and fish the lakes. He has been at his daughter's dance recitals, pageants, cheer competitions and football games to support her. Her daddy is her best friend.

He is a wonderful son to his parents and brother to his 2 sisters. His nieces and nephews love "Uncle Daniel". He has taught his nephew to hunt and fish. To build things. He is truly loved by his whole family. He has a wonderful sense of humor and makes everyone laugh at family get togethers.

He loves to cook and often times on out of town jobs, his co workers and roommates vote him to be "the chef". He is a fine employee and works diligently at being a team player. His bosses and supervisors respect him and often seek him out for work improvement ideas and streamline a job for early completion and efficiency. His coworkers listen and respect his knowledge of his work industry and skill set.

The absence of him would be a great burden to our family, an overwhelming loss, especially to his wife and young daughter still at home. I am sure you can agree the teenage years of a young girl, or boy for that matter, are trying times for them and an absent father only intensifies that. He is the main financial provider for his family and the financial burden on his wife would be greatly overwhelming if he were not there to provide for them.

Daniel is like a brother to me. We are cousins, however we grew up in the same home most of our lives and when not in the same house, the same town. Our mothers are sisters. I love and respect him not only as person but as a family man. I admire his honesty and dedication to his family and his job.

I ask you to please consider how important he is to all of us. He is loved so much.


Thank you again for your time and consideration over my letter.

God Bless,

Sammie Connell-Bynog

████████████



Michelle A. Evans
Mark A. Evans


November 4, 2023

Honorable Judge Presiding over Case/Sentencing of Daniel Adams

Dear Judge,

Our names are Michelle Evans and Mark Evans and we reside in San Jacinto County, Texas. Mark Evans is an occupational safety professional and Michelle Evans is a medical chart retrieval and encryption specialist providing services for clients including national insurance agencies, government agencies, and attorneys with clients involved in litigation.

We are writing this letter to you regarding the character of Daniel Adams as he is facing sentencing for various charges associated with his actions in Washington D.C. associated with the events in and around the United States Capital. Daniel Adams is married to Michelle's niece, Tonya Smith Adams.

If we were to describe Daniel to someone who had not met him, we would tell that person you would not meet a more neighborly, hardworking man who goes above and beyond with his children, neighbors, family, friends, and co-workers. We would also describe him as a very involved father to his children coaching sports teams, teaching them hunting, fishing, scuba diving, raising chickens, building forts and whatever else they want to learn. He is an avid outdoorsman and what he eats what he harvests…deer, hogs, dove, ducks, and fish from spearfishing, teaching the kids how to cut and preserve meat, making jerky, sausage, fillets; meat to fill the freezer for family and friends. He is highly skilled in his profession in welding and in quality inspection, earning the highest certifications and teaching and supervising others. He loves God, his family, and his country.

When we first heard of his arrest and the charges we were in complete shock. We frequent Facebook and we saw that he was in between job assignments and was headed to D.C. to support a Donald Trump rally and observe the activities. We didn't think twice about it as we did not know Daniel to have any inclinations to be involved in activities that could be considered unruly, riotous, or criminal in nature. He is such an easygoing, fun person, always positive in his demeanor and actions. Unfortunately, a fun, quick road trip to D.C. to be a part of something in the nation's capital turned from experiential to dark and dangerous. We don't think Daniel expected to see as many people in D.C. as were there AND we don't think he realized the number of truly antagonistic participants that had organized responses to the current political situation had arrived to show their anger in a physical way. That is NOT why Daniel went to D.C. Daniel went to D.C. to participate once in his lifetime in a rally to support his candidate as millions of other people have done to support various candidates and causes through time. To



march in protest or cheer in a rally; to participate in an event in Washington D.C, not just sit at home in the recliner and read about others waving flags.  He had an opportunity to go and be a part of something, so he went. We're sure he got as close as possible to see what was going on and then somehow got caught up in it all.

We've never seen someone so regretful a trip taken, as he.  So sorry, remorseful, humbled, mortified, embarrassed, sickened.  He never wanted his child or his wife to see him arrested much less put the whole family through a terrifying FBI raid and arrest. He's a man of honor and respects others and has been so apologetic to neighbors, family, friends.  This event has forever changed him and impacted his life.  The consequences of his actions in those few hours have impacted his ability to work in most industrial settings, crushed his love of hunting with guns, spearfishing, and tarnished his reputation and good name.

We tell you this in the hope that as sentencing is considered, you will be lenient knowing there was no intent for riotous or criminal activity and he is a good man that supports his family, his community, his country.  Sometimes life's best lessons are learned by missteps.  He's forever changed by what happened, the innocent people hurt, the property damaged; by what he's been through in jail, what he's put his family through, and what he allowed his young daughter to experience because of his actions.

We know this terrible misstep has redirected Daniel to be even more diligent on how he goes about his daily business; cautious, more protective, more informed, less blind optimism, more prudent decision making, but still Daniel Adams, who loves God, Family, Country.

Sincerely,

Mark Evans and Michelle Evans

Hello,

I have never written this kind of letter before so please forgive my layman's writing. I'm wondering how to put into words knowing a person's character. My opinion of Daniel is made from years of experiences, instincts, and observations of his personality and the way he treats people during good times and hard times.

I am Tonya Adam's cousin. When she met Daniel, our family could see he was a gentleman, had a good sense of humor and seemed to treat Tonya well. Over the next several years it became apparent that they were really made for each other.

Now that I have known Daniel for almost two decades, I've seen him be a compassionate, loving and a good man to Tonya and their children. He's also there for anyone who needs a helping hand or just needs a good laugh to lift their spirit.

It's hard for me to describe knowing someone. To me, it means seeing how they are when they think no one is looking, the way they respond to the unexpected and how consistently they treat people.

I couldn't have asked for a better person for Tonya. He has been a solid rock for her in times of loss and sorrow. He's also provided for his family and they've created so many happy memories. I hope they have many more decades of adventures together. It's an honor to call him family.


Thank you for reading, Laura Manchester

9

To whom it may concern,

My name is Donna Smith, and I am Tonya's aunt. I am writing this letter on behalf of Daniel Adams, whom I have known for over 15 years.

During the time I have known Daniel, he has always demonstrated qualities as a man who is family oriented, a hard working and a kind and caring person. He has always been willing to help in the community, including offering his time and equipment in the rescue of stranded hurricane victims. He has multiple crafts and skills to provide for his family. Daniel has always been closely involved in his children's extracurricular activities through the years.

I hope you will consider this letter when determining the outcome of his case. Daniel Adams really is one of the good ones.


Best regards,

Donna Smith

Judge,

I pray that you know grace, mercy and forgiveness. That you do not look at my brother and see a bad man, but a man that has a good, strong moral compass, that made a mistake.
I pray that you understand despite Daniel's mistakes, God will continue to refine Daniel and Daniel will always bless others.

As a dog returns to his own vomit, so a fool repeats folly. Daniel is no fool and our mistakes do not define us.

Thanks,

Katie Wells

Clinical Director

To whom it may concern,

I am Daniel's sister in law and he has been in my life for 17 years. He has always been a supportive, kind, caring and fun person. He shows up when he is needed and loves his family. My kids always enjoy being around their funny Uncle Daniel and I would trust him with their lives. He has always been a hard-working provider for his wife and kids. We all have fond memories of times spent with him and he is an important member of our family.

Christina Weeks

12

October 5, 2023

To whom it may concern,

RE: Daniel Page Adams

It's been 17 years now that I have known Daniel. He is still married to my stepdaughter, Tonya. I have proudly been her "mom" now for over 30 years. And proud to call him my son-in-law.

Daniel remains a good productive citizen. He works hard to provide for his family. Through the years I have witnessed his dedication & love for his family. He takes time out of his busy work schedule to attend his daughter's school activities. Daniel is a proud father! He has remained a great husband, father, and son-in-law.

While I know Daniel may not be perfect; he is kindhearted, works hard and loves his family. Please know that I write this with utmost respect and believe that Daniel deserves to continue to be a good productive citizen to be able to support his family.

Sincerely,
Monica Smith

13

# FRIENDS
# &
# NEIGHBORS

To Whom It May Concern,

As volunteers for the Holiday Lake Estates Civic Club Board, we have seen Daniel Adams' commit many selfless acts over the past few years on behalf of the community. This man has performed several deeds that surpass the actions of many others who neglected to fulfill their responsibilities. He did all of this without recognition or gratitude; rather, he did it because it had to be done.

Daniel completed more work on this board than he was asked to. In addition to leading committees, he provided assistance in a variety of capacities. He helps in many ways such as:

- Repairing the boat ramp that was unusable.
- Fabricating Trash cans for parks with his own money and time.
- Fabricating fish habitats and placing them in the lakes.
- Heading up the stocking of fish in the lakes and holding a position on a committee for that purpose. Researching and setting up delivery.
- Clearing concrete blocks for a new building to be set in place.
- Monitoring illegal fishing in the subdivision and making plans to police lakes and parks.
- Cleaning up trash and emptying trash cans when other volunteers failed to do so.
- Fabricating and repairing metal objects such as a flagpole and signs.
- Installing warning signs around lakes and parks.
- Mowing and working on our monthly cleanup day.
- Helping others in the community that could not help themselves.

Daniel is a vital part of our community, and we stand behind him as he has stood for us. There are so many people in this community that have relied on Daniel and truly cherish his friendship.

These words come from many people in Holiday Lake Estates, and we would like for these actions to be noticed.

Thank you

14

Cecilia Reuper
_____    _____

H Pano
_____    _____

Rhoda Mitchell
_____    _____

No Sal and Callwell
_____    _____

J - Breen
_____    _____

Luerle O'Neal
_____    _____

Oh pm
_____    _____

Jaye Fritz
_____    _____

Walt West (Chief HLIVFD)
_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

August 15, 2023

REF: CHARACTER WITNESS FOR DANIEL ADAMS

TO WHOM IT MAY CONCERN:

I have known Daniel Adams and his wife, Tonya, for approximately 3-1/2 years. In that period of time, Daniel has always shown to be a man of integrity and honesty. I have never known him to have a violent or even grumpy nature. On the contrary, he is a kind and gentle man.

Daniel has served on our POA Board of Directors for a little over two years. He has always gone above and beyond what was required in his position on the board, putting a substantial amount of time and money out of his own pocket to ensure things got done in our subdivision that the POA budget does not cover. Daniel also has been willing to help anyone in the community in need, even though he holds a fulltime job outside of the subdivision.

Daniel has always shown to me and others, his love and devotion to his wife and children. He works hard, often on out-of- town jobs to provide a good life for his family.

I truly believe that he would not ever harm anyone, and I implore the Court to take my character witness statement to heart before sentencing an honest and descent man to jail.

Respectfully,

Sharon R. Johnson





Patricia Swaby

October 5, 2023

Re: Daniel Adams

To Whom It May Concern:

This letter is written to you regarding our friend and neighbor, Daniel Adams. Daniel, his wife Tonya and their young daughter Cameron moved across the street from us about five years ago. Any time I need assistance with anything I know I can count on Daniel, without fail. He is a giving and kind person.

Daniel served on the board of our homeowner's association, heading up projects and being an asset to the neighborhood. He volunteers his time freely. He is very active with his family. Even when working out of town he takes the time to make it home on Friday nights to watch his daughter cheer at her High School football games.

While times are different today than in years past the fact that getting caught up in the moment has not changed. I will never believe that it was Daniel's intent to get involved in the incident that has put him in the place he is currently in with the charges he has against him. If you knew this person as I do you would never believe it. I honestly believe there is not a day that goes by since that date that he regrets the actions that transpired, whether his own or those of others. What was intended to be an innocent protest was fueled and led to get out of hand. I have heard Daniel express remorse for his role in being there that day. I know that his family has lived through much pain since that time. I humbly ask for the court to please have leniency on him. To allow him to be there for his daughter and his wife. To continue doing the good that he does as a neighbor and friend for those such as my husband (84) and myself and others here in our community.

Thank you for taking the time to read my letter and consider my plea for this person I am so happy to call our neighbor and friend.

Respectfully submitted,

Patricia L. Swaby

16

Judge,

We've known Daniel and his family for a little more than 10 years. We've spent several family vacations together, and helped raised our kids together.

During this time, we witnessed Daniel lead his family as a father and husband.  He made decisions for others and encouraged them to be their best. He was the man of the house who led by example with a strong work ethic and as a strong and faithful family man. He was a leader.

January 6, 2021, and forward.  Daniel still leads his family as a father and husband, but he now does so with pause.  He stops and considers the outcome of his actions more thoroughly than before.  He is more considerate of the feelings of his wife and children and how his actions and decisions directly affect them.

His strong work ethic is even more evident since the charges against him changed his ability to work close to home and provide a living in the same field of work.  Instead, he continued with his education with a pivot to allow new opportunities. He now must travel for work more than he'd like, but he still makes time to be a father to his teenage daughter and grown children and grandchildren.

January 6, 2021.  This day changed Daniel Adams. He has taken this experience as an opportunity to learn and grow as a father, husband, friend, supervisor, and individual.  He knows his actions were wrong.  He knows he must do better.

Mr. & Mrs. Darryl Mattern

17

To Whom it May Concern:

I am writing this letter to give you some perspective of who Daniel Adams truly is.

I have known Daniel for many years.  Our families met when our sons played sports together.  He coached on our baseball team, and he loved every kid on and off that field like they were his own.

Everyone one of those kids knew if they needed anything they could go to him with no questions asked. As seasons past, our boys became very close and so did the parents.  Daniel is not only a close friend, but he is family to us and we love him dearly.

Anyone who has ever met him, knows him as the fun, caring, loving, dependable guy that would do anything to help anyone.  He is an amazing husband to Tonya and an even better father to his daughter, Cameron.  He loves his family more than anything and he makes sure they know it every day.

He is one of the hardest working men I've ever met and is such a positive role model for any young man to look up to.

We are very lucky to have him in our lives and he will always be family to us.

Sincerely

Amber Leone

18

To whom it may concern,

I have known Daniel for around 15 years now. We spent 10 years as neighbors where I watched his children grow up and he watched mine. He has been amazing to both of my children who adore him, and I trust him wholeheartedly with their life. Daniel has always been the type of person who would do anything for anybody in need and is willing to give you the shirt off his back if you need it. Throughout the years I have witnessed so many personal acts of kindness from this man. If neighbors need help with something around the house, consider it done. Need to borrow a tool or need something welded, he will be there to give you a helping hand and ask for nothing in return. Daniel volunteered with little league baseball as a coach while his children were growing up in the sport and was a great role model for each and every child he coached. During Hurricane Harvey we experienced some major flooding here in Houston and surrounding area. As creeks and bayous began to rise, many folks were getting trapped in their homes with no way to safety. Daniel immediately decided we were going to help. He and I hooked up to his boat and went to Baytown to help the people in need. There was never any concern about damaging his boat, no need for any kind of recognition, and no need for thanks or reimbursement for anything. All this was done with one mindset and that was solely to help people that we saw in trouble. After the flood waters receded, his work and help around the community did not stop there. He was lucky enough to not have any flood damage to his own home, so his attention immediately turned to others in our area who were not so lucky. He helped at several homes with removing carpet, sheetrock, and furniture to help save these people's houses. Once again this was done for the sole purpose of helping a person or family he saw in need. I have so much respect for this man it can be hard to put into words. The relationship I have built with him makes me feel secure knowing if there is ever a time I need help, he and his family will be there for us.

Wesley Lulue

Operations FLS

19

To whom it may concern:

I am writing this letter on behalf of my personal relationship with Daniel Adams. Daniel is my close friend, former neighbor, and cousin in law. I have known Daniel for about 15 years. I've seen first hand how much he loves his family and community. Daniel works long hours and drives long distances to provide everything his large family has needed over the years. I've seen him be involved in his children's activities and be a hands on father and husband. Even loading up his truck and boat to go offer assistance to those in need during hurricane Harvey.

He has always been someone that without a shadow of a doubt would be there when I needed him and that I could always count on. My family and I are blessed to have him in our lives. I'm proud to call him my friend and family member.


Thank you,

Sarah Lulue

August 11, 2023

To whom it may concern,

We have known Daniel Adams for over 16 years and his wife Tonya for over 23 years.

Daniel has worked hard to provide for his wife, children and grandchildren to make sure they were in a lifestyle that was happy, safe, secure and comfortable.

Since knowing Daniel, we have seen that Daniel has done everything for his family, friends and relatives. For instance, he gained custody of his children to make sure they were in a safe environment and fought for grandparent custodial rights for his grandson. Daniel has always tried helping others to find employment in the welding profession, if he was able.

Our son, Brody Wilke, was in a near fatal motorcycle accident and hospitalized for several weeks in Houston. We were so grateful when we could not be there with Brody, Daniel and his wife Tonya was there for him and for us. Daniel was and will always be there for our son Brody.

We cannot, at any time, remember Daniel being aggressive, violent or angry in any manner to anyone.

I truly believe that Daniel felt he was doing the right thing going to Washington DC to protest and protect his president and his country of alleged wrongdoings. Certainly not expecting to change his and his family's lives forever.

Daniel, Tonya and their children have been and will always be family to us, we pray for leniency for Daniel.

Thank you,

Neal and Shirley Hood



August 6, 2023

To: Presiding Judge

From: Gregory C. Shaffer

Re: Character of Daniel Adams

Your Honor,

I came to know Mr. Daniel Adams through his relationship with one of my sons. My son, Blandon, had a boy of his own who's name is Christian. Christian was diagnosed at 11 years old with a terminal brain stem tumor (DIPG), from which he eventually passed. During a fund raiser for Christian, the Adams were quite involved. I noted that Daniel was not only there himself, but had his children involved. He instructed them to do many tasks to help others out during the event. My early impression of his sense of hard work and helping others struck me. Watching him interact with work and family matters over the years has reinforced in me that he is a person of good character, responsible in matters of work, and an extraordinarily loving husband and father. He has an enviable relationship with his wife, Tonya, and is a very engaged father.

As far as the charges against Mr. Adams are concerned, I, like many others, was shocked to discover his situation. I do not understand how he crossed the lines of normal decency and law-abiding norms. However, not being present on that day, I can only view the emotional chaos that erupted and try to understand the momentum that lured many a person to act out of character under the guise of patriotism.

My request to you, Your Honor, is that you show leniency. Not to accept, dismiss or excuse his actions and the charges against Daniel, but to show compassion to his family and those that would be affected by incarceration. We have all made judgment errors in times of high emotion and defining moments. This is what I believe happened with Daniel. And I am sure that the things he has experienced since the day of January 6, 2021, have caused any correction needed to guide his future decisions in such moments. Your leniency would shelter his family from suffering the consequences of his actions and would be greatly appreciated.

Respectfully submitted,

Gregory C. Shaffer

22

To whom it may concern,

I raised my kids a few streets down from the Adams family. My son played football with and grew up playing with Daniel's sons. Daniel often went out of his way to make sure that the kids and I were safe when my ex-husband was out of town and taught my son how to weld which led him to his career path as a young adult. It was obvious a decade ago that he was a man that was passionate about making sure others were taken care of.


Thank you,

Selena Baker

23

Dereck & Allison Madlock



October 14, 2023

RE: Daniel Adams

To whom it may concern,

We have called Daniel Adams a dear friend for over 5 years, and he has always proven to be a dependable and honorable man. We have witnessed his dedication to his family as a husband and father. His priority has been and will continue to be, providing stability and the best life possible for his family. He has never given us a reason to question his integrity or character, and we are blessed to call him a friend.

We pray for leniency and grace for him and his family, and we hope that his history as an honorable and hardworking family man outweighs any negative marks against him throughout this process.

Respectfully,

Dereck & Allison Madlock

24

11/01/23

Re: Daniel Adams

First and foremost, I ask that you look at Daniel as a human, as father, as someone's son, as a husband, as a friend.

I've known Daniel for around 20 years and, since that time, I've known him to be one of the nicest guys I've ever met and am proud to call him a friend. He is always there when anyone needs a lending hand and even drove over 2 hours to attend my father in law's funeral…just to turn right back around so that he wouldn't miss his daughter's dance recital. He is a devoted husband, father, and friend. He truly loves ALL people, regardless of race, political view, rich, poor, country, or city.

He's one of the hardest working guys I've ever known, he's honest and a genuinely good person. He is one of the most loving and caring people you'll ever meet and never meets a stranger.

He does not belong in prison amongst murderers, sexual predators, and other hardened criminals. He does not deserve to be bullied in prison, tortured, and isolated.

His little girl needs her daddy. His wife needs her husband, and the world needs Daniel. We love him and you would too if you got to know him.

Even if he was let in the capital or not, he knows entering in was a mistake. He has paid for this day every day of his life and he's learned his lesson.

He is human and made a mistake, but this one mistake shouldn't be the one thing to ruin his entire life any more than it already has.

As a human yourself and not only a judge, I hope you can understand that it is unjust to sentence him when so many others have had no consequences for their actions / participation in riots both before and after January 6.

He has done way more good than bad in his lifetime and this one day does not accurately reflect who he is. I can assure you if he had known the incident would have turned into all of this, he wouldn't have gone. Everyone gets worked up by the media and that's the real culprit in all of this, not Daniel.

Daniel is a human, and we all make mistakes. I'm sure at one point in your lifetime you made a mistake, and someone showed you grace and mercy. I ask that you show Daniel that same grace and mercy someone once showed you. He is a lot of things, but he is not a criminal. He's not a threat. He's not a bad person.

Thank you,

Brandi Williford

25

# WORK COLLEAGUES

To whom it may concern:

My name is John Kuhn and I have known Daniel Adams approximately 17 years. Daniel and I worked together for most of these years. We have raised our children alongside each other and helped to teach them life lessons and work ethic.

Our children played football together for many years we watched them run around little league fields and learn their own way in life.

When I became the president of the little league football association in LaPorte Tx, Daniel and Tonya were the people that I called on when I needed any type of assistance, items including but not limited to, the concession stand, cooking, cleaning, weld repairs, helping set up the fields on game days.

Daniel and Tonya were and continue to be giving of their time for anything that their community needs.

Currently in the community that they live in, Daniel takes care of some of the grounds and building maintenance, he does this free of charge and volunteers his time for the sake of his community.

I couldn't think of a better friend nor could I think of any one else that I would call if I was stranded on the side of the road, I know that I could call Daniel and if he was able, he would drop what he was doing and come help me. If he was not able to help, he would find someone that could come help.

Daniel And Tonya have raised their children to love their communities, love their country and to stand up for others that may not be able to stand up for themselves just as we have raised our children.

Our oldest son spent seven years in the United States Navy as a Hospital corpsman, Daniel Adams is one of the men in my sons life, that helped guide him when he was making his decision to join the United States armed forces. Daniel and my son spent many hours talking and discussing options before deciding on the Navy. Daniel and I have worked jobs that required us to be out in the weather elements doing physical work for most of our lives, we wanted, and continue to want better for our children.

In closing, Daniel Adams is one of the most solid men I have ever known, If he tells you he will be there for you, against all odds, he will be there.

Thank You

John M. Kuhn

Area Manager/ HSE Professional

Choctaw Construction Services, LLC

26

In 2019, Beaumont, Texas we started the construction of a new facility. There was a lot of prefab work for the piping and the structural that was done at various shops. Daniel was brought into the job for quality control/welding inspector to look and set up and plan to ensure that we captured each weld in the process and structural designs. Daniel showed up every morning 30 to 45 minutes before the job and stayed late whenever he needed to...Every morning he gave us a run down on what had been welded and the map to show it....and told us when the x-ray crew was coming in to x-ray. Everything he did had a schedule and timeline. After we understood the value that he could add to the project, we also had him start doing the pressure tests and following that process of the torquing of all flanges in the plant...We kept Daniel till the very end of the project because he brought so much value. During the project, I got to know the personal side of Daniel. He was very easy to get along with, during breaks most people would congregate to the office he was working out of and strike up a conversation with him.  Some of the things that he was most proud of was his family. I heard numerous stories about how he likes to go hunting with his wife and daughter, or fishing or heading for vacation somewhere. Daniel is a very open and honest person if something is not right, he not only brings it to your attention, but he also brings a solution to the issue. I will make sure that we hire him back for our next project. Even though the project has been over for a couple of years, Daniel and I still talk on the phone every few weeks. I am honored to call him my friend.

CLAYTON YANCEY
YANCEY CRANE SERVICE

27

To whom it may concern,

This letter is regarding Daniel Adams and how I know him. I met Daniel through his wife (Tonya) whom I knew before Daniel started working for my company. Tonya, his wife also worked for my company as well. Although they both are not currently working for me, they both are family in my book. When I interviewed Daniel before he came on board it took a good while for him to commit to accept the job offer. I respected him even more for that. He wanted to make sure he was going to give 110% to his job. Daniel is a family man, and he provides for his family. Everyone has been in the wrong place at the wrong time and that goes to show for Daniel. Daniel is a good honest man, and I would trust him with my grandchildren. He and his wife have a work family and HUGE support team that love them and will be here every step of the way. We need him home, everyone deserves a second chance.

Thank you,

Jessie Taylor

President DSG Industrial



28

To whom it may concern.

I'm writing this letter on behalf of Daniel Adams.

I worked with his wife Tonya Adams for many years and that's how I met Daniel and in time we all became close and good friends.

Daniel would help us out when we had hot jobs that needed to be welded or fabricated and he would pull through and get us out of many binds. He would give the shirt off his back to help anyone.

I know in my heart that Daniel had no intention on hurting anyone because he doesn't have a mean bone in him. He strives to take care of his family and he's a wonderful and loving father. I would trust him with everything to leave my children with him. He sincerely is a good man.

I pray for leniency for him because again we all make mistakes, and everyone deserves a second chance.

Thank you,

Stephanie Thompson

29

To whom it may concern,

I'd like to share my life experiences with Daniel as a coworker and friend, Daniel is and has always been a parent first and he would never jeopardize his duties as a father. I've known Daniel for about 25 years, on job sites all around the Texas area, construction work is tough and maintaining and good home for his kids and being a very hard worker and has always stepped up when anyone needs a hand, he's very positive person and he sets goals for himself to better his family. He's a provider and a hard worker and we need more people like Daniel. As far as I know Daniel has never been arrested for anything, he's a very good person! I believe he has learned more than his lesson, let's let Daniel get his life back and enjoy his family.

Thank you for your time

David Estridge

30