# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES**             *

        *

   **v.**             *     Case No.: 1:21-cr-0084-PLF-2

        *

**DANIEL P. ADAMS**             *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of pretrial release is amended in the following way:

- The Defendant may travel on a cruise from June 20 through June 24, 2024. He shall call his supervising United States Pretrial Officer at least twice during this trip and shall notify them within 2 hours of returning to his residence on June 24, 2024.

In all other respects, Defendant's conditions of Pretrial Release remain the same.

Date: _____                    _____