UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL PAGE ADAMS, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0084 (PLF) |

ORDER

Upon careful consideration of defendant Daniel Page Adams' Motion to Modify Conditions of Release [Dkt. No. 136] and the government's Opposition to Defendant's Motion to Modify Conditions of Release [Dkt. No. 137], the Court hereby DENIES Mr. Adams' motion substantially for the reasons set forth in the government's Opposition. Accordingly, it is hereby

ORDERED that Mr. Adams' Motion to Modify Conditions of Release [Dkt. No. 136] is DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 4/18/24