**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *   Case No.: 1:21-cr-0084-PLF-2 |
| | * |
| **DANIEL P. ADAMS** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**PREMISES CONSIDERED:**

It is **ORDERED** that the Defendant's conditions of pretrial release is amended in the following way:

- The Defendant may travel to Fort Lauderdale, Florida between June 26 and June 30, 2024. During the period of said travel Defendant shall check in as directed by Pretrial twice daily.

In all other respects, Defendant's conditions of Pretrial Release remain the same.

Date: _____                    _____