UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CODY PAGE CARTER CONNELL &**<br>**DANIEL PAGE ADAMS,**<br><br>Defendants. | Case No. 21-cr-84 (PLF) |

## JOINT RESPONSE TO ORDER OF THE COURT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Cody Page Carter Connell and Daniel Page Adams, by and through their attorneys, respectfully respond to this Court's September 25, 2024, order. The parties are prepared to go forward with the sentencing hearing in this matter on December 10-11, or 16. The parties respectfully request that they be permitted to file sentencing memoranda two weeks prior to the sentencing date selected by the Court with replies, if any, to be due one week prior to the date selected by the Court

1

* * *

Respectfully submitted,

|  |  |  |  |
|---|---|---|---|
| | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481052 | | CODY PAGE CARTER CONNELL<br>Defendant |
| By: | s/ Sean P. McCauley<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Troy A. Edwards, Jr.<br>Assistant United States Attorneys<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov | By: | s/Michelle M. Peterson<br>MICHELLE M. PETERSON<br>First Assistant Federal Defender<br>625 Indiana Avenue N.W., Suite 550<br>Washington, D.C. 20004<br>(202)208-7500<br>Shelli_Peterson@fd.org |
| | | | DANIEL PAGE ADAMS<br>Defendant |
| | | By: | s/Gary E. Proctor<br>GARY E. PROCTOR<br>233 E. Redwood Street, Suite 1000C<br>Baltimore, MD 21202<br>(410) 444-1500 |